EMARD DANOFF PORT TAMULSKI & WALOVICH LLP
Andrew I. Port (State Bar #120977)
Katharine Essick (State Bar #219426)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: aport@edptlaw.com
kessick@edptlaw.com

Attorneys for Defendant
SEALIFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QAIS AHMED,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SCOTT MOSER, SEALIFT, INC., and UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | Case No.: 14 CV 00823 JD<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

- 1 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No.: 14 CV 00823 JD

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

**STIPULATION**

Counsel for plaintiff Qais Ahmed and defendant Sealift, Inc., report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. Defendants Scott Moser and the United States of America have not yet appeared in the case and are not parties to this stipulation.

Plaintiff and Sealift agree to participate in Private ADR in the form of mediation with a private mediator to be agreed by October 1, 2014, in anticipation of other named defendants appearing in the case and having opportunity to join in the mediation, whether in the Northern District of California or in the Eastern District of New York if the Court transfers the case to that district in response to Sealift's pending motion to dismiss or transfer the action on grounds of lack of personal jurisdiction and improper venue. Plaintiff and Sealift further agree to hold the ADR session no later than April 1, 2015, after they have had time to engage in discovery.

DATED: May 8, 2014  BERSCHLER ASSOCIATES, PC

By  /s/ Arnold I. Berschler
Arnold I. Berschler
Attorneys for Plaintiff
QAIS AHMED

DATED: May 8, 2014  EMARD DANOFF PORT TAMULSKI & WALOVICH LLP
Andrew I. Port
Katharine Essick

By  /s/ Katharine Essick
Katharine Essick
Attorneys for Defendant
SEALIFT, INC.

CERTIFICATE OF SIGNATURE

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

/s/ Katharine Essick
Katharine Essick

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No.: 14 CV 00823 JD

**ORDER**

  x  The parties' stipulation is adopted and IT IS SO ORDERED.

_____ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: 6/5/14

_____
James Donato
United States District Judge

EMARD DANOFF PORT
TAMULSKI & WALOVICH LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Case No.: 14 CV 00823 JD